IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASTARTE DAVIS-RICE,

        Petitioner,

  v.

HARLEY G. LAPPIN, Director, Federal Bureau of Prisons, PAUL COPENHAVER Warden,

        Respondents.
_____/

No. CV-08-0659 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: April 21, 2008

                              Richard W. Wieking, Clerk

                              *Tracy Lucero*

                              By: Tracy Lucero
                              Deputy Clerk