Astarte Davis-Rice 01137-094 Unit A
Federal Correctional Institution-Camp Parks
5701 8th Street-Camp Parks
Dublin, CA 94568


CV08-00659 MMC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTARTE DAVIS-RICE,<br><br>Petitioner,<br><br>v.<br><br>HARLEY G. LAPPIN, Director, Federal Bureau of Prisons, PAUL COPENHAVER Warden,<br><br>Respondents. | No. C 08-0659 MMC (PR)<br><br>**ORDER OF DISMISSAL** |

On January 28, 2008, petitioner, a federal prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application. In said notice, petitioner was advised that her failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. Petitioner has not responded to the deficiency notice.

As more than thirty days have passed since the deficiency notice and petitioner has not completed the IFP application or paid the filing fee, the above-titled action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/17/08

MAXINE M. CHESNEY
United States District Judge

3

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASTARTE DVIS-RICE,

       Plaintiff,

v.

HARLEY G. LAPPIN et al,

       Defendant.

Case Number: CV08-00659 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Astarte Davis-Rice 01137-094 Unit A
Federal Correctional Institution-Camp Parks
5701 8th Street-Camp Parks
Dublin, CA 94568

Dated: April 17, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk

