**FILED**
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASTARTE DAVIS-RICE,

        Petitioner,

v.

HARLEY G. LAPPIN, Director, Federal Bureau of Prisons, PAUL COPENHAVER Warden,

        Respondents.

No. CV-08-0659 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: April 21, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASTARTE DAVIS-RICE,

    Plaintiff,

v.

HARLEY G. LAPPIN et al,

    Defendant.
_____/

Case Number: CV08-00659 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Astarte Davis-Rice
01137-094 Unit A
Federal Correctional Institution-Camp Parks
5701 8th Street-Camp Parks
Dublin, CA 94568

Dated: April 21, 2008

                              Richard W. Wieking, Clerk

                              *Tracy Lucero*

                              By: Tracy Lucero, Deputy Clerk

